## WISCONSIN LUMBER AND COAL COMPANY *v.* WALL ET AL.

[No. 12,349.    Filed May, 19, 1926.]

APPEAL.—*Judgment which does not show any disposition of cross-complaint is not "final judgment" from which appeal can be taken.*—A judgment for the plaintiff in an action to foreclose a mechanic's lien, in which a defendant filed a cross-complaint to foreclose a mortgage, is not a "final judgment" from which an appeal can be taken where the record does not show any disposition of the cross-complaint.

From Lake Superior Court; *Virgil S. Reiter*, Judge.

Action by the Wisconsin Lumber and Coal Company against Frank G. Wall and others, in which the American State Bank filed a cross-complaint. From the judgment rendered, the plaintiff appeals. *Appeal dismissed.* By the court in banc.

*Fred Barnett* and *John D. Kennedy*, for appellant.

*Abe Ottenheimer, Ibach, Gavit, Stinson & Gavit* and *Jesse Wilson*, for appellees.

THOMPSON, J.—Appellant brought this action to foreclose a mechanic's lien against certain described real estate. Appellee American State Bank filed a cross-complaint asking judgment against the Oswegos, and a foreclosure of a mortgage as to all parties to the action. There was a demurrer to the cross-complaint, which was overruled. The court rendered judgment for appellant in the sum of $7,300, but refused a foreclosure as to the mechanic's lien, and rendered a judgment for costs for all appellees except the American State Bank, and the Oswegos. The judgment is silent as to the cross-complaint, and, so far as the record in this case shows, the cross-complaint is still pending.

There is no final judgment from which to appeal, and this court has no jurisdiction. *Champ* v. *Kendrick*,

*Trustee* (1892), 130 Ind. 545, 30 N. E. 635; *Keller* v. *Jordan* (1897), 147 Ind. 113, 46 N. E. 343; *Barnes* v. *Wagener* (1907), 169 Ind. 511, 82 N. E. 1037; *State, ex rel.*, v. *Jacobs* (1921), 76 Ind. App. 563, 132 N. E. 649.

Appeal dismissed.